RECEIVED
CHARLOTTE, N.C.
JUL 20 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>KATURA RENEE FETTERSON-STEWART, )<br>    Defendant, )<br>)<br>and )<br>)<br>CAROLINAS HEALTHCARE SYSTEM, )<br>    Garnishee. )<br>_____) | CASE NO. 3:04CV046 - *H*<br>(Financial Litigation Unit) |

## ORDER OF CONTINUING GARNISHMENT

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee has filed an Answer to the writ stating that at the time of the service of the writ, they had in their custody, control or possession property or funds owned by the debtor, including non-exempt, disposable earnings.

The plaintiff is entitled to a wage garnishment of 25% of the defendant's net income and has satisfied the prerequisites. *See* 15 U.S.C. §1673.

IT IS ORDERED that the garnishee pay the plaintiff 25% of the defendant's net earnings which remain after all deductions required by law have been withheld and 100% of all 1099 payments and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the defendant or until further Order of this Court.

Payments should be made payable to the and mailed to the Office of the United States

Attorney, Western District of North Carolina, Suite 1650, 227 West Trade Street, Charlotte, North Carolina 28202.

In order to ensure that each payment is credited properly, please include the following information on each check: Court Number 3:04CV046, District Number: 058.

This 25th day of July, 2005.

*Carl Horn, III*

Honorable Carl Horn, III
U.S. Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that on the 20th day of July, 2005, the foregoing Order of Continuing Garnishment was served upon the parties listed below by mailing a copy thereof, postage prepaid and properly addressed as follows:

Katura Renee Fetterson-Stewart
2200 W. Arrowood Road
Charlotte, NC 28217

Carolinas HealthCare System
P.O. Box 32861, HR Operations
Charlotte, NC 28232

Jennifer A. Youngs
Assistant United States Attorney
227 W. Trade Street, Suite 1650
Charlotte, NC 28202