IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 3:04CV046-DSC |
| | ) | (Financial Litigation Unit) |
| KATURA RENEE FETTERSON-STEWART | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CAROLINAS HEALTHCARE SYSTEM, | **)** | |
| Garnishee. | ) | |

**DISMISSAL OF WRIT OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Katura Renee Fetterson-Stewart is hereby DISMISSED.

**SO ORDERED**.   Signed: January 29, 2010

David S. Cayer
United States Magistrate Judge